STEINBERG-HYMAN Co., INC., Appellant, *v.* FANJAC REALTY CORPORATION, Respondent.

Supreme Court, Appellate Term, First Department, July 12, 1934.

*Ralph E. Freidus,* for the appellant.

*Shapanka & Haselkorn* [*Isidor Haselkorn* of counsel], for the respondent.

PER CURIAM. Payments made by an agent of a corporation at its direction, even though *ultra vires,* may not be recovered back by the corporation where no fraud is claimed, where the rights of creditors are not involved and where the corporation is not insolvent.

Judgment reversed, with thirty dollars costs, and judgment directed in favor of the plaintiff as demanded in the complaint, and counterclaim dismissed on the merits.

All concur; present, CALLAHAN, FRANKENTHALER and SHIENTAG, JJ.